IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

CASE NUMBER: 3:12cr28/RV

vs.

JOSEPH RICHARD ROBSON, SR.
_____/

## STATEMENT OF FACTS

The parties agree with the truthfulness of the following factual basis for the Defendant's guilty plea. The undersigned parties further agree that not all of the facts known from this investigation are contained in this brief summary.

Between on or about January 1, 2010, and on or about December 31, 2010, in the Northern District of Florida, Joseph Richard Robson, Sr., did knowingly and intentionally use, persuade, induce, entice or coerce A.L., a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depictions were produced using a camera and/or a memory card, which had been mailed, shipped, and transported in interstate or foreign commerce. More specifically, between on or about January 1, 2010, and on or about December 31, 2010, while at his home in Gulf Breeze, Florida, Joseph Richard Robson, Sr., used, persuaded, induced, enticed, or coerced A.L., an 8-year old, to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256.

FILED IN OPEN COURT THIS

5th day of July 2012
CLERK U. S. DISTRICT
COURT, NORTH. DIST. FLA.

Using a Minolta camera, Joseph Richard Robson, Sr., took photographs of A.L. as she engaged in the sexually explicit conduct. These photographs of A.L. were saved and/or stored on a PNY memory card and/or a SanDisk memory card.

In addition, between on or about January 1, 2010, and on or about February 15, 2012, Joseph Richard Robson, Sr., in the Northern District of Florida, did knowingly and intentionally receive material, namely images and videos, containing child pornography, as defined in Title 18, United States Code, Section 2256, that had been shipped or transported using any means or facility of interstate or foreign commerce, namely a computer, and had been shipped and transported in interstate or foreign commerce. More specifically, between on or about January 1, 2010, and on or about February 15, 2012, while at his home in Gulf Breeze, Florida, and using computers and/or memory cards and/or other media devices, Joseph Richard Robson, Sr., did receive and store images and videos containing child pornography as defined in Title 18, United States Code, Section 2256. These images and videos were shipped or transported in interstate or foreign commerce.

On February 15, 2012, federal agents and local law enforcement officials executed a lawful federal search warrant at Joseph Richard Robson, Sr.'s residence in Gulf Breeze, Florida. As a result, agents and officials seized a number of computers, electronic media, a Minolta digital camera, memory cards and other miscellaneous documents which were located inside Joseph Richard Robson, Sr.'s residence. These items were examined by the agents.

Upon examining the Minolta digital camera, agents located and removed a PNY memory card from inside the camera. A subsequent examination of the PNY memory card revealed images of A.L. engaged in sexually explicit conduct. The images had been deleted and/or removed, but were recovered from the memory card by the forensic examiner. In addition, agents also examined a SanDisk memory card that was located inside Joseph Richard Robson Sr.'s residence. The SanDisk memory card also contained images of A.L. engaged in sexually explicit conduct. These images had also been deleted and/or removed, but were recovered from the memory card by the forensic examiner. In sum, the two memory cards contained a total of twenty-four (24) photographs of A.L which depict images of A.L. engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2256. Agents are prepared to testify and offer evidence to establish that, between on or about January 1, 2010, and on or about December 31, 2010, while at his home in Gulf Breeze, Florida, Joseph Richard Robson, Sr., took photographs of A.L., an 8-year old, engaging in sexually explicit conduct, and these photographs were produced using materials that had been mailed, shipped or transported in interstate or foreign commerce.

Upon examining the computers, memory cards and other media devices seized from Joseph Richard Robson, Sr.'s residence, agents discovered approximately 6,085 files which contained images and/or videos of child pornography as defined in Title 18, United States Code, Section 2256. Agents are prepared to testify and offer evidence to establish that between on or about January 1, 2010, and on or about February 15, 2012,

Joseph Richard Robson, Sr., while at his home in Gulf Breeze, Florida, used computers, memory cards and other media devices to receive and store files which contained images and/or videos of child pornography and these files were transported in interstate or foreign commerce. Agents are also prepared to testify and offer evidence to establish that Joseph Richard Robson, Sr., knowingly received and stored files with the knowledge that these files contained images and/or videos of child pornography.

PAMELA C. MARSH
United States Attorney

_____
M. JAMES JENKINS
Attorney for Defendant

6/27/12
Date

_____
JOSEPH RICHARD ROBSON, SR.
Defendant

6/27/12
Date

_____
J. RYAN LOVE
Florida Bar No. 0637920
Assistant U.S. Attorney
Northern District of Florida
21 E. Garden Street, Suite 400
Pensacola, Florida 32502-5675
850-444-4000

6/27/12 7/5/12
Date