**GARY GOTTHELF, M.D., P.A.**
GULF COAST MEDICAL ARTS
4511 N. DAVIS HIGHWAY, SUITE 1-C
PENSACOLA, FLORIDA 32503-2734
FAX (850) 477-2659
PHONE (850) 477-3252

DIPLOMATE, AMERICAN BOARD
OF INTERNAL MEDICINE

STEPHEN D. BAST, P.A.-C
PHYSICIAN ASSISTANT

JENNIFER L. RICHARDSON, P.A.-C
PHYSICIAN ASSISTANT

Mr. Greg Newsome
U.S. Probation Officer
Pensacola, Fl

Re: Joseph "Dick" Robson

Dear Mr. Newsome,

I have been Mr. Robson's primary treating physician for approximately ten years. I am currently American Board Certified in Internal Medicine and have been so since 1982.

Mr. Robson has a series of health conditions that are progressive in nature and will in all likelihood require ongoing and continued treatment. These treatments are all based on atherosclerosis, which is commonly seen in diabetics and proven via XRAYS and CT scans in Mr. Robson's case. Mr. Robson's care will require close monitoring because of his diabetes. Within a reasonable degree of medical probability, he will likely suffer a stroke, heart attack, and further degeneration of his spine and right knee. Currently, he walks with a cane after undergoing unsuccessful surgery by Dr. Michael Hartsfield, M.D. at the Andrews Institute in Gulf Breeze, FL.

At the time of his arrest, I have been treating Mr. Robson for the following health issues:

- type II diabetes
- hypertension
- carotid atherosclerosis
- angina pectoris
- calcification of his abdominal aorta area below the renal arteries
- chronic obstructive pulmonary disease
- spinal stenosis with sciatica
- osteoporosis
- hypogonadism



DEFENDANT'S EXHIBIT A

He has been hospitalized several times for chest pain and I understand he recently had a stress test through the Department of Prisons. Mr. Jenkins and I have been unable to retrieve this from Santa Rosa Hospital. The patient's spinal stenosis will be progressive, which will leave him with lower extremity weakness and occasionally, numbness and tingling. He also has difficulty urinating and has a documented calcified prostate. He has impotence from his hypogonadism and has a history of peptic ulcer disease.

At the time of Mr. Robson's incarceration, he was on the following medications:
- metformin 1000mg twice daily
- magnesium oxide 400 mg twice daily
- TriCor 145mg once daily
- Norvasc 5mg once daily
- pravastatin 40mg once daily
- B-12 injections once monthly
- Amaryl 1mg twice daily
- UroXatral 10mg once daily
- Avodart .5mg once daily
- Januvia, 100mg once daily
- Baby Aspirin once daily
- lisinopril 40mg once daily
- Actonel 150 mg once monthly
- Mobic 15mg once daily
- AndroGel 1% 3 pumps daily
- cimetidine 200mg BID
- tramadol HCL 50mg QID PRN for sciatic pain
- nitroglycerin to keep on hand for angina

Should you have any further questions about Mr. Robson's current health status, please do not hesitate to call or write.

Sincerely,

*Gary Gotthelf, M.D.*

Gary Gotthelf, M.D