# GARY GOTTHELF, M.D., P.A.

## GULF COAST MEDICAL ARTS

4511 N. DAVIS HIGHWAY, SUITE 1-C
PENSACOLA, FLORIDA 32503-2720
FAX (850) 477-2659
PHONE (850) 477-3252

DIPLOMATE, AMERICAN BOARD
OF INTERNAL MEDICINE

STEPHEN D. BAST, P.A.-C
PHYSICIAN ASSISTANT

JENNIFER L. RICHARDSON, P.A.-C
PHYSICIAN ASSISTANT



Honorable Judge Roger Vinson
District Court Judge
1 North Palafox Place
Pensacola FL 32502

Re: Actuarial and/or predicted life span of Joseph R. Robson

Dear Judge Vinson:

    Mr. Jenkins, Joseph R. Robson's attorney, contacted me recently and asked if I could provide an opinion as to the life span of my patient Joseph R. Robson who I understand is scheduled for sentencing in your Court.

    As my other letter indicates, I have been a board certified internal medicine specialist licensed in the State of Florida for more than thirty years. I have been Joseph R. Robson's primary treating physician for more than ten years. In light of his current serious health issues discussed in my previous letter provided to Probation Officer Greg Newsome, in my opinion, within a reasonable degree of medical probability, Mr. Robson, even if not incarcerated, will not survive another fifteen years. Even a normally healthy 73 year old man, according to actuarial tables provided from the Social Security Administration, estimates a 73 year old man's predicted life expectancy is only 11.82 years. In my opinion, in light of Mr. Robson's physical issues, his chance of survival is substantially less than the Social Security's actuarial table.

    I hope this may be of some assistance to the Court. Thank you.

Very truly yours,

Gary Gotthelf, M.D.



# Social Security
The Official Website of the U.S. Social Security Administration

## Actuarial Life Table
Office of the Chief Actuary

Life Tables

A period life table is based on the mortality experience of a population during a relatively short period of time. Here we present the 2007 period life table for the Social Security area population. For this table, the period life expectancy at a given age represents the average number of years of life remaining if a group of persons at that age were to experience the mortality rates for 2007 over the course of their remaining life.

Period Life Table, 2007

| Exact age | Male | | | Female | | |
|---|---|---|---|---|---|---|
| | Death probability [a] | Number of lives [b] | Life expectancy | Death probability [a] | Number of lives [b] | Life expectancy |
| 0 | 0.007379 | 100,000 | 75.38 | 0.006096 | 100,000 | 80.43 |
| 1 | 0.000494 | 99,262 | 74.94 | 0.000434 | 99,390 | 79.92 |
| 2 | 0.000317 | 99,213 | 73.98 | 0.000256 | 99,347 | 78.95 |
| 3 | 0.000241 | 99,182 | 73.00 | 0.000192 | 99,322 | 77.97 |
| 4 | 0.000200 | 99,158 | 72.02 | 0.000148 | 99,303 | 76.99 |
| 5 | 0.000179 | 99,138 | 71.03 | 0.000136 | 99,288 | 76.00 |
| 6 | 0.000166 | 99,120 | 70.04 | 0.000128 | 99,275 | 75.01 |
| 7 | 0.000152 | 99,104 | 69.05 | 0.000122 | 99,262 | 74.02 |
| 8 | 0.000133 | 99,089 | 68.06 | 0.000115 | 99,250 | 73.03 |
| 9 | 0.000108 | 99,075 | 67.07 | 0.000106 | 99,238 | 72.04 |
| 10 | 0.000089 | 99,065 | 66.08 | 0.000100 | 99,228 | 71.04 |
| 11 | 0.000094 | 99,056 | 65.09 | 0.000102 | 99,218 | 70.05 |
| 12 | 0.000145 | 99,047 | 64.09 | 0.000120 | 99,208 | 69.06 |
| 13 | 0.000252 | 99,032 | 63.10 | 0.000157 | 99,196 | 68.07 |
| 14 | 0.000401 | 99,007 | 62.12 | 0.000209 | 99,180 | 67.08 |
| 15 | 0.000563 | 98,968 | 61.14 | 0.000267 | 99,160 | 66.09 |
| 16 | 0.000719 | 98,912 | 60.18 | 0.000323 | 99,133 | 65.11 |
| 17 | 0.000873 | 98,841 | 59.22 | 0.000369 | 99,101 | 64.13 |
| 18 | 0.001017 | 98,754 | 58.27 | 0.000401 | 99,064 | 63.15 |
| 19 | 0.001148 | 98,654 | 57.33 | 0.000422 | 99,025 | 62.18 |
| 20 | 0.001285 | 98,541 | 56.40 | 0.000441 | 98,983 | 61.20 |
| 21 | 0.001412 | 98,414 | 55.47 | 0.000463 | 98,939 | 60.23 |
| 22 | 0.001493 | 98,275 | 54.54 | 0.000483 | 98,894 | 59.26 |
| 23 | 0.001513 | 98,128 | 53.63 | 0.000499 | 98,846 | 58.29 |
| 24 | 0.001487 | 97,980 | 52.71 | 0.000513 | 98,796 | 57.32 |
| 25 | 0.001446 | 97,834 | 51.78 | 0.000528 | 98,746 | 56.35 |
| 26 | 0.001412 | 97,693 | 50.86 | 0.000544 | 98,694 | 55.38 |
| 27 | 0.001389 | 97,555 | 49.93 | 0.000563 | 98,640 | 54.40 |
| 28 | 0.001388 | 97,419 | 49.00 | 0.000585 | 98,584 | 53.44 |
| 29 | 0.001405 | 97,284 | 48.07 | 0.000612 | 98,527 | 52.47 |
| 30 | 0.001428 | 97,147 | 47.13 | 0.000642 | 98,466 | 51.50 |
| 31 | 0.001453 | 97,009 | 46.20 | 0.000678 | 98,403 | 50.53 |

| 32 | 0.001487 | 96,868 | 45.27 | 0.000721 | 98,336 | 49.56 |
|---|---|---|---|---|---|---|
| 33 | 0.001529 | 96,724 | 44.33 | 0.000771 | 98,266 | 48.60 |
| 34 | 0.001584 | 96,576 | 43.40 | 0.000830 | 98,190 | 47.64 |
| 35 | 0.001651 | 96,423 | 42.47 | 0.000896 | 98,108 | 46.68 |
| 36 | 0.001737 | 96,264 | 41.54 | 0.000971 | 98,020 | 45.72 |
| 37 | 0.001845 | 96,096 | 40.61 | 0.001056 | 97,925 | 44.76 |
| 38 | 0.001979 | 95,919 | 39.68 | 0.001153 | 97,822 | 43.81 |
| 39 | 0.002140 | 95,729 | 38.76 | 0.001260 | 97,709 | 42.86 |
| 40 | 0.002323 | 95,525 | 37.84 | 0.001377 | 97,586 | 41.91 |
| 41 | 0.002526 | 95,303 | 36.93 | 0.001506 | 97,452 | 40.97 |
| 42 | 0.002750 | 95,062 | 36.02 | 0.001650 | 97,305 | 40.03 |
| 43 | 0.002993 | 94,800 | 35.12 | 0.001810 | 97,144 | 39.10 |
| 44 | 0.003257 | 94,517 | 34.22 | 0.001985 | 96,968 | 38.17 |
| 45 | 0.003543 | 94,209 | 33.33 | 0.002174 | 96,776 | 37.24 |
| 46 | 0.003856 | 93,875 | 32.45 | 0.002375 | 96,566 | 36.32 |
| 47 | 0.004208 | 93,513 | 31.57 | 0.002582 | 96,336 | 35.41 |
| 48 | 0.004603 | 93,120 | 30.71 | 0.002794 | 96,087 | 34.50 |
| 49 | 0.005037 | 92,691 | 29.84 | 0.003012 | 95,819 | 33.59 |
| 50 | 0.005512 | 92,224 | 28.99 | 0.003255 | 95,530 | 32.69 |
| 51 | 0.006008 | 91,716 | 28.15 | 0.003517 | 95,219 | 31.80 |
| 52 | 0.006500 | 91,165 | 27.32 | 0.003782 | 94,885 | 30.91 |
| 53 | 0.006977 | 90,572 | 26.49 | 0.004045 | 94,526 | 30.02 |
| 54 | 0.007456 | 89,940 | 25.68 | 0.004318 | 94,143 | 29.14 |
| 55 | 0.007975 | 89,270 | 24.87 | 0.004619 | 93,737 | 28.27 |
| 56 | 0.008551 | 88,558 | 24.06 | 0.004965 | 93,304 | 27.40 |
| 57 | 0.009174 | 87,800 | 23.26 | 0.005366 | 92,841 | 26.53 |
| 58 | 0.009848 | 86,995 | 22.48 | 0.005830 | 92,342 | 25.67 |
| 59 | 0.010584 | 86,138 | 21.69 | 0.006358 | 91,804 | 24.82 |
| 60 | 0.011407 | 85,227 | 20.92 | 0.006961 | 91,220 | 23.97 |
| 61 | 0.012315 | 84,254 | 20.16 | 0.007624 | 90,585 | 23.14 |
| 62 | 0.013289 | 83,217 | 19.40 | 0.008322 | 89,895 | 22.31 |
| 63 | 0.014326 | 82,111 | 18.66 | 0.009046 | 89,147 | 21.49 |
| 64 | 0.015453 | 80,935 | 17.92 | 0.009822 | 88,340 | 20.69 |
| 65 | 0.016723 | 79,684 | 17.19 | 0.010698 | 87,473 | 19.89 |
| 66 | 0.018154 | 78,351 | 16.48 | 0.011702 | 86,537 | 19.10 |
| 67 | 0.019732 | 76,929 | 15.77 | 0.012832 | 85,524 | 18.32 |
| 68 | 0.021468 | 75,411 | 15.08 | 0.014103 | 84,427 | 17.55 |
| 69 | 0.023387 | 73,792 | 14.40 | 0.015526 | 83,236 | 16.79 |
| 70 | 0.025579 | 72,066 | 13.73 | 0.017163 | 81,944 | 16.05 |
| 71 | 0.028032 | 70,223 | 13.08 | 0.018987 | 80,537 | 15.32 |
| 72 | 0.030665 | 68,254 | 12.44 | 0.020922 | 79,008 | 14.61 |
| 73 | 0.033467 | 66,161 | 11.82 | 0.022951 | 77,355 | 13.91 |
| 74 | 0.036519 | 63,947 | 11.21 | 0.025147 | 75,580 | 13.22 |
| 75 | 0.040010 | 61,612 | 10.62 | 0.027709 | 73,679 | 12.55 |
| 76 | 0.043987 | 59,147 | 10.04 | 0.030659 | 71,638 | 11.90 |
| 77 | 0.048359 | 56,545 | 9.48 | 0.033861 | 69,441 | 11.26 |
| 78 | 0.053140 | 53,811 | 8.94 | 0.037311 | 67,090 | 10.63 |
| 79 | 0.058434 | 50,951 | 8.41 | 0.041132 | 64,587 | 10.03 |

| Age | | | | | | | |
|---|---|---|---|---|---|---|---|
| 80 | 0.064457 | 47,974 | 7.90 | 0.045561 | 61,930 | 9.43 |
| 81 | 0.071259 | 44,882 | 7.41 | 0.050698 | 59,109 | 8.86 |
| 82 | 0.078741 | 41,683 | 6.94 | 0.056486 | 56,112 | 8.31 |
| 83 | 0.086923 | 38,401 | 6.49 | 0.062971 | 52,942 | 7.77 |
| 84 | 0.095935 | 35,063 | 6.06 | 0.070259 | 49,608 | 7.26 |
| 85 | 0.105937 | 31,699 | 5.65 | 0.078471 | 46,123 | 6.77 |
| 86 | 0.117063 | 28,341 | 5.26 | 0.087713 | 42,504 | 6.31 |
| 87 | 0.129407 | 25,024 | 4.89 | 0.098064 | 38,776 | 5.87 |
| 88 | 0.143015 | 21,785 | 4.55 | 0.109578 | 34,973 | 5.45 |
| 89 | 0.157889 | 18,670 | 4.22 | 0.122283 | 31,141 | 5.06 |
| 90 | 0.174013 | 15,722 | 3.92 | 0.136190 | 27,333 | 4.69 |
| 91 | 0.191354 | 12,986 | 3.64 | 0.151300 | 23,610 | 4.36 |
| 92 | 0.209867 | 10,501 | 3.38 | 0.167602 | 20,038 | 4.04 |
| 93 | 0.229502 | 8,297 | 3.15 | 0.185078 | 16,680 | 3.76 |
| 94 | 0.250198 | 6,393 | 2.93 | 0.203700 | 13,593 | 3.50 |
| 95 | 0.270750 | 4,794 | 2.75 | 0.222541 | 10,824 | 3.26 |
| 96 | 0.290814 | 3,496 | 2.58 | 0.241317 | 8,415 | 3.05 |
| 97 | 0.310029 | 2,479 | 2.44 | 0.259716 | 6,384 | 2.87 |
| 98 | 0.328021 | 1,711 | 2.30 | 0.277409 | 4,726 | 2.70 |
| 99 | 0.344422 | 1,149 | 2.19 | 0.294054 | 3,415 | 2.54 |
| 100 | 0.361644 | 754 | 2.07 | 0.311697 | 2,411 | 2.39 |
| 101 | 0.379726 | 481 | 1.96 | 0.330399 | 1,659 | 2.25 |
| 102 | 0.398712 | 298 | 1.85 | 0.350223 | 1,111 | 2.11 |
| 103 | 0.418648 | 179 | 1.75 | 0.371236 | 722 | 1.98 |
| 104 | 0.439580 | 104 | 1.66 | 0.393510 | 454 | 1.86 |
| 105 | 0.461559 | 58 | 1.56 | 0.417121 | 275 | 1.74 |
| 106 | 0.484637 | 31 | 1.47 | 0.442148 | 160 | 1.62 |
| 107 | 0.508869 | 16 | 1.39 | 0.468677 | 90 | 1.52 |
| 108 | 0.534312 | 8 | 1.30 | 0.496798 | 48 | 1.41 |
| 109 | 0.561028 | 4 | 1.22 | 0.526605 | 24 | 1.31 |
| 110 | 0.589079 | 2 | 1.15 | 0.558202 | 11 | 1.22 |
| 111 | 0.618533 | 1 | 1.07 | 0.591694 | 5 | 1.13 |
| 112 | 0.649460 | 0 | 1.00 | 0.627196 | 2 | 1.05 |
| 113 | 0.681933 | 0 | 0.94 | 0.664827 | 1 | 0.97 |
| 114 | 0.716029 | 0 | 0.87 | 0.704717 | 0 | 0.89 |
| 115 | 0.751831 | 0 | 0.81 | 0.747000 | 0 | 0.82 |
| 116 | 0.789422 | 0 | 0.75 | 0.789422 | 0 | 0.75 |
| 117 | 0.828894 | 0 | 0.70 | 0.828894 | 0 | 0.70 |
| 118 | 0.870338 | 0 | 0.64 | 0.870338 | 0 | 0.64 |
| 119 | 0.913855 | 0 | 0.59 | 0.913855 | 0 | 0.59 |

[a] Probability of dying within one year.
[b] Number of survivors out of 100,000 born alive.
Note: The period life expectancy at a given age for 2007 represents the average number of years of life remaining if a group of persons at that age were to experience the mortality rates for 2007 over the course of their remaining life.

The Social Security area population is comprised of (i) residents of the 50 States and the District of Columbia (adjusted for net census under-

county); (ii) civilian residents of Puerto Rico, the Virgin Islands, Guam, American Samoa and the Northern Mariana Islands; (iii) Federal civilian employees and persons in the U.S. Armed Forces abroad and their dependents; (iv) crew members of merchant vessels; and (v) all other U.S. citizens abroad.

*Last reviewed or modified 04/10/2012*