# DEPARTMENT OF THE NAVY

THIS IS TO CERTIFY THAT
THE SECRETARY OF THE NAVY HAS AWARDED THE

## NAVY COMMENDATION MEDAL
(GOLD STAR IN LIEU OF THE SECOND AWARD)

TO

LIEUTENANT COMMANDER JOSEPH R. ROBSON, MEDICAL SERVICE CORPS, UNITED STATES NAVY

FOR

MERITORIOUS SERVICE FROM AUGUST 1984 THROUGH MAY 1986

GIVEN THIS 16TH DAY OF MAY 19 86

SECRETARY OF THE NAVY




DEFENDANT'S EXHIBIT D



CHIEF OF NAVAL OPERATIONS

The Secretary of the Navy takes pleasure in presenting the NAVY COMMENDATION MEDAL (Gold Star in lieu of the Second Award) to

LIEUTENANT COMMANDER JOSEPH R. ROBSON
MEDICAL SERVICE CORPS
UNITED STATES NAVY

for service as set forth in the following

CITATION:

For meritorious service while serving as Head, Operating Management Department and Medical Mobilization Planner, Naval Hospital, Pensacola, Florida from August 1984 through May 1986. Lieutenant Commander Robson consistently performed his demanding duties in an exemplary and highly professional manner. As Head, Operating Management Department, he made significant progress in increasing the efficiency and productivity of five diverse divisions. He displayed outstanding leadership and organizational abilities as he implemented the Medical Mobilization Planner function. He brought the medical augmentation unit personnel from 72 percent to 99.7 percent readiness. His ability to coordinate, direct, and implement the numerous and diverse undertakings during this period attested to his exceptional degree of expertise and diligent pursuit of excellence. Lieutenant Commander Robson's untiring efforts, exceptional professional ability, and loyal dedication to duty reflected credit upon himself and were in keeping with the highest traditions of the United States Naval Service.

For the Secretary,

James D. Watkins
Admiral, United States Navy
Chief of Naval Operations



**DEPARTMENT OF THE NAVY**

COMMANDER, NAVY RECRUITING AREA SEVEN

SUITE 501, 1499 REGAL ROW

DALLAS, TEXAS 75247

IN REPLY REFER TO:
CNRA7/MJB:ssg
1650
7 December 1983

From: Commander, Navy Recruiting Area SEVEN
To:   LCDR Joseph R. ROBSON, USN, 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/2300

Subj: Gold Wreath Award for Recruiting Excellence

Encl: (1) Silver Star

1. It is with great pleasure that I take this opportunity to recognize you for your superior performance by awarding you a Silver Star in lieu of your second award of the Gold Wreath of Recruiting Excellence. This award is presented to you in recognition of your performance during the period 1 July 1983 through 30 September 1983.

2. Your sustained level of superior performance is a source of pride and inspiration for your Recruiting Command shipmates. You have earned their respect as an elite member of the "Hard Charger" team. Well Done!

M. J. BROWN



**DEPARTMENT OF THE NAVY**
COMMANDER, NAVY RECRUITING AREA SEVEN
SUITE 501, 1499 REGAL ROW
DALLAS, TEXAS 75247

IN REPLY REFER TO:
CNRA7/MJB:ssg
1650
2 JAN 84

From: Commander, Navy Recruiting Area SEVEN
To:   LCDR Joseph R. ROBSON, USN, 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/2300

Subj: Letter of Commendation

Encl: (1) Silver Star

1. It is with great pleasure that I take this opportunity to recognize you for your superior performance by awarding you a Silver Star in lieu of your third award of the Gold Wreath of Recruiting Excellence. This award is presented to you in recognition of your performance during the period 1 October 1983 through 31 December 1983.

2. Your sustained level of superior performance is a source of pride and inspiration for your Recruiting Command shipmates. You have earned their respect as an elite member of the "Hard Charger" team. Well Done!

M. J. BROWN



**DEPARTMENT OF THE NAVY**
COMMANDER, NAVY RECRUITING AREA SEVEN
SUITE 501, 1499 REGAL ROW
DALLAS, TEXAS 75247

IN REPLY REFER TO:

18 July 1983

From: Commander, Navy Recruiting Area SEVEN
To:   LT Joseph R. ROBSON, USN, 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/2300

Subj: Gold Wreath Award for Recruiting Excellence

Encl: (1) COMNAVCRUITCOM Gold Wreath Award for Excellence

1. Commander, Navy Recruiting Area SEVEN takes great pleasure in commending you for your sustained exemplary performance of vital recruiting duties during the period 1 April through 30 June 1983. The COMNAVCRUITCOM Gold Wreath Award for Excellence, in recognition of your superb performance, is delivered with sincere personal congratulations.

2. In earning this coveted award, you have demonstrated an exceptional level of performance in a unique and demanding environment. Your very significant contributions to the success of the All Volunteer Force have required complete dedication, long hours and many personal sacrifices. You met and overcame each challenge you faced with enthusiasm and the highest level of innovative professionalism.

3. You may be justly proud of your accomplishment. I am proud of you. Well Done!

E. B. SMEDBERG

Copy to:
Service Record

# NAVAL REGIONAL MEDICAL CENTER ORLANDO, FLORIDA

## LETTER OF APPRECIATION

### PRESENTED TO

### LTJG JOSEPH R. ROBSON SR., MEDICAL SERVICE CORPS, U. S. NAVY

#### FOR SERVICES AS SET FORTH HEREIN

On the occasion of your transfer from the Naval Regional Medical Center, Orlando, Florida I wish to take this opportunity to extend my sincere appreciation for your dedicated performance during the last two and one-half years.

During this period you have served as Assistant Chief of Fiscal and Supply, Acting Chief Fiscal and Supply, Assistant Chief of Patient Affairs, Chief of Data Processing and Assistant Chief Operating Management Service. In each instance you have demonstrated a high degree of motivation and enthusiasm, meeting all responsibilities assigned in a highly professional manner. Most recently as Assistant Chief of Operating Management Service you also served as Security Officer. In this capacity you were particularly effective in co-ordinating efforts of the Master at Arms Force with those of the various investigative agencies and the Naval Training Center Legal Department. In all of your various assignments your demonstrated ability to learn and mature with your assignment has been obvious. This is also reflected in your academic achievements. By obtaining your Bachelor's Degree in Management you have prepared yourself for greater responsibilities. Not to be overlooked are your exceptional artistic abilities, and the time you have willingly given to illustrate a variety of subjects for this command.

It is therefore a particular pleasure for me to congratulate you for a job well done and to wish you continued success in the challenge of your future assignments.

6 June 1977

A. L. POWELL
Captain, MC, U. S. Navy
Commanding Officer

# Recruit Training Command
## United States Naval Training Center
### GREAT LAKES, ILLINOIS



## To All Who Shall See These Presents, Greetings:

*Know ye that by virtue of his special talents and abilities*

JOSEPH R. ROBSON

## Is Hereby Appointed

*A member of the Drum and Bugle Corps*

This appointment shall continue in force during his period of Recruit Training, or until revoked by order of the Commanding Officer.

CARL E. BULL
Commanding Officer

R. FOREHAND
Officer in Charge of Band



*To all who shall see these presents, greeting:*

*Know Ye, that reposing special trust and confidence in the fidelity and abilities of* JOSEPH R. ROBSON, *I do appoint* HIM HOSPITAL CORPSMAN THIRD CLASS *in the*

# United States Navy

*to rank as such from the* 16TH *day of* MAY *nineteen hundred and* SIXTY.

*This appointee will therefore carefully and diligently discharge the duties of the grade to which appointed by doing and performing all manner of things thereunto pertaining. And I do strictly charge and require all personnel of lesser grade to render obedience to appropriate orders. And this appointee is to observe and follow such orders and directions as may be given from time to time by Superiors, acting according to the rules and articles governing the discipline of the*

### Armed Forces of the United States of America.

*Given under my hand at* U. S. NAVAL HOSPITAL KEY WEST, FLORIDA *this* 15TH *day of* JUNE, *in the year of our Lord nineteen hundred and* SIXTY.

L. D. EKVALL CAPTAIN MC USN

Commanding

DD FORM 216N

# Department of the Navy



This is to certify that

LT (MSC) J. Richard ROBSON, Sr., USN

has
successfully completed
SHORSTAMPS TECHNICIAN COURSE

given at

NAVMACPAC, San Diego, CA

21 July 19 82

NAVSO-12410/10 (Rev 2-78) SN 0104-LF-924-1050

S. J. WATLINGTON, Captain, U. S. Navy
Commanding Officer





HEAR YE: All polywogs, sea serpents, mermaids, octopuses, denizens of the seven seas and all other fishes of the briney deep; all sea gulls, albatross, boatswain birds and all other creatures and constellations of the heavens:

KNOW YE: That _____Joseph Richard ROBSON_____ having expressed a voluntary desire to take an active part to insure the continued freedom and rights of the individuals of this great nation, the UNITED STATES OF AMERICA, did the __31st__ day of __January__ in the year of our Lord 19__58__ willingly enter the service of the UNITED STATES NAVY and did swear (or affirm) that he would bear true faith and allegiance to the United States of America; that he would serve them honestly and faithfully against all their enemies whosoever; and that he would obey the orders of the President of the United States and the orders of the officers appointed over him, according to regulations and the Uniform Code of Military Justice.

_____ALFRED J. TANGUAY_____
ELECTRICIAN'S MATE 1/c    USN
United States Navy Recruiting Officer



**U. S. NAVAL AEROSPACE MEDICAL INSTITUTE**
U. S. NAVAL AVIATION MEDICAL CENTER
PENSACOLA, FLORIDA 32512

IN REPLY REFER TO
22/ns
1610
31 May 1966

From: Commanding Officer, U. S. Naval Aerospace Medical Institute,
U. S. Naval Aviation Medical Center, Pensacola, Florida
To: Robson, Joseph R., HM1, 525 71 47, USN
Via: Commanding Officer, U. S. Naval Hospital, U. S. Naval Aviation
Medical Center, Pensacola, Florida

Subj: Letter of Appreciation

1. It is with great pleasure that I award you this letter of appreciation for services provided this command.

2. Your willingness to volunteer for and apply your talents to projects not directly connected with your duties has been especially noteworthy. Of special significance is the imagination and artistic talent you freely volunteered in preparing illustrations to be used for a presentation entitled "Psychological Aspects of Survival" which was given at the 1966 Coast Guard Search and Rescue Survival Exercise on 19 and 20 May 1966, at Honolulu, Hawaii, by LCDR Gary J. Tucker, MC, USNR. These illustrations were developed into slides which greatly enhanced the presentation and were the subject of many favorable comments by the attendees of the above mentioned seminar.

3. "WELL DONE".

4. A copy of this correspondence will be made a part of your official record.

H. C. HUNLEY

---

Code-31
10 JUN 1966

FIRST ENDORSEMENT:

From: Commanding Officer, U. S. Naval Hospital, U. S. Naval Aviation
Medical Center, Pensacola, Florida 32512
To: ROBSON, Joseph R., 525 71 47, HM1, USN

1. Delivered with congratulations.

L. R. RIDDLE
Acting



**DEPARTMENT OF THE NAVY**
NAVAL HOSPITAL
PENSACOLA, FLORIDA 32512

IN REPLY REFER TO:
1650
Code 01A
23 OCT 1984

From: Commanding Officer, Naval Hospital, Pensacola
To: Lieutenant Commander Joseph R. Robson, MSC, USN, 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

Subj: LETTER OF APPRECIATION

1. I wish to express my sincere appreciation for your invaluable assistance in the expeditious handling of administrative procedures connected with the recent and sudden death of a staff member, IC2 Thomas L. Gallaher, USN.

2. Through your diligent efforts reports were submitted on time, personal effects inventoried and properly disposed of, and arrangements with the family were accomplished in a smooth and compassionate manner. This well-coordinated effort resulted in a positive effect on the family of Petty Officer Gallaher even during those most trying moments. Your personal commitment to help a fellow staff member is greatly appreciated by his loved ones.

3. Again, my sincere appreciation for a job "Well Done."

A. M. MARTINSON