June 12, 2012

Honorable Roger Vinson
District Court Judge
U.S. District Court, Pensacola Division
1 No. Palafox Street
Pensacola, Fl. 32501

Re: Character of Joseph "Dick" Robson, Sr.

I have known Dick Robson since moving to Gulf Breeze in 1995. The Robson Family was one of the first we met after moving to our new home. Dick and his family were instrumental in us meeting many of our new neighbors and we soon became good friends. We have shared many birthdays, anniversaries, Holidays and neighborhood parties.

Dick has always been one of the first to respond when there were issues of home repairs or boat problems; he knew he could help with. We have shared many a fishing trips together and were part of a neighborhood social group where we played cards and shared dinner together. During these times together, Dick seemed to me to be a loving Husband, Father and Grandfather, and there was no indication otherwise.

The news of his incarceration and the charges identified in the news, have shaken me and my family more than any event in our lives short of a death in the family. I am not sure I can even imagine the devastation this has caused his family.

We continue to help Dick's wife face some of the day to day issues she has had since this happen. I know she is devastated by what has happened. His incarceration has been and will continue be to extremely difficult for her.

Sincerely,

William C. Curry
1642 Llani lane
Gulf Breeze, Fl. 32563



DEFENDANT'S EXHIBIT
Composite EX"E"

June 10, 2012

Linda M. Farley

3929 Walnut Grove Way

Gainesville, GA 30506

Honorable Roger Vinson

District Court Judge

U. S. District Court, Pensacola Division

1 No. Palafox Street

Pensacola, FL 32501

Dear Honorable Roger Vinson,

I am writing this letter on behalf of my former neighbor, Joseph "Dick" Robson. I became friends with the Robson family when my family built a home across the street from them in March of 2000. At the time his daughter, Teresa, and her son, Ryan, were living with Dick and Helen. I had a son one year older than Ryan so they soon became close friends. The family was friendly, outgoing and extremely supportive of us as new neighbors introducing us to everyone in the neighborhood. They invited us over to their home for dinner many times, and welcomed us to use their pool as long as their father or I was accompanying them. They took us out on their boat several times, and whenever Dick would go fishing he would usually bring us cleaned fresh fish (for sushi). We took care of their home and dogs when they went on vacation and they did the same for us.

Mr. Robson was like a grandfather to our two children. He is a talented artist and woodworker. He helped my daughter and I redecorate her bedroom. She wanted chair rail molding in her bedroom so Mr. Robson installed it for her - the deal being she had to bake him some brownies with extra nuts - his favorite.

When the homes in our neighborhood were flooded from Hurricane Ivan, Mr. Robson really helped my daughter and I out again. My husband had rented us a motor home to live in. The first night we were in the motor home ready for bed, big rats came running through the motor home. My daughter and I were freaked out. My husband opted to stay in the rat infested motor home but we ran across the street and asked Mr. Robson if we could sleep in his upstairs. He was so nice to us. He agreed that we could spend the night since this was an emergency situation but we would have to find another place to stay because his wife was not there and it was inappropriate for him to have 2 ladies in the house.

I was in Lowe's one Sunday evening and found a great deal on an electric fireplace but I didn't have a truck to get it home. I phone Mr. Robson to see if he could help me. He jumped in his truck and came

right to Lowe's to help me. There were other instances where he helped me transport large items I had purchased at garage sales.

I know his wife, Helen, equally as well and his family. They are just good people, and they love Dick. They threw him the best 70th surprise birthday party at St. Ann's Catholic Church. It was a night I will remember for the rest of my life. It was full of good food, fun, laughter and much love. Dick was a regular Saturday evening attendee of St. Ann's Catholic Church with his wife.

When I went through a painful divorce and was struggling to keep the yard up myself, there were days that I would come home from work exhausted and find that Mr. Robson had cut my grass for me. I was so grateful for the assistance. He and Helen have been such good friends to me encircling me with love and support when I had no extended family of my own around.

Mr. Robson's family loves him and they need him. He and Helen have been married close to 50 years and they have a strong marriage. She needs him. He is one of the coolest, upbeat men I know - always smiling, full of fun and enjoys kidding around.

Thank you for taking the time to read my fond memories of a husband and wife that made a difference in my life.

                                                Sincerely,

                                                Linda Farley

May 31, 2012

Honorable Roger Vinson
District Court Judge
U.S. District Court, Pensacola Division
1 No. Palafox Street
Pensacola, Fl 32501

Re: Character of Joseph "Dick" Robson, Sr.

Your Honor,

I am a 69 year old man and have known Dick Robson for almost 55 of those years. I first met Dick while I was a senior in high school. He came to our house to pick my sister up for a date dressed in his Navy uniform. While I followed in his footsteps by joining the Navy myself, I wasn't able to make my career there, whereas Dick rode up the ranks, finally settling in, and retiring as, Lieutenant Commander. An accomplishment that, still today I hold in high regard.

Dick and Helen chose me to be the Godfather of their daughter, Theresa. And Dick is the Godfather of my youngest son, Brian. Roles that Dick and I are proud to hold. Every year, Dick and Helen have welcomed our family into their home and townhome. Sometimes for a week. Sometimes for months at a time. We like to take adventure vacations together to places such as Costa Rica and Aruba and we were in the planning stages of our next vacation which was to be to Alaska. In fact, we were vacationing together in Kissimmee in February, enjoying a game of pinochle, when a Homeland Security Officer first came to interview Dick. My wife and I assisted Dick and Helen however we could to help get them back home as soon as possible. We have continued to assist Dick and Helen by helping Helen adjust (at 70 years old) to her new roles as accountant, superintendent, manager and boat salesperson, among others. Helen is a Mother of two, and Grandmother of 3 (although Dick and Helen have been like parents as well as grandparents to their grandson, Ryan.) And she also maintains her job at Florida Blue Cross / Blue Shield. Helen has avoided Dick's 85 year old sister for fear of the emotional impact not only on her, but herself as well. This is a lot to take on and we have helped out as best as we can. However, our home, our family, our life is in New York and I don't know how much more we can help as time and Dick's incarceration goes on. We cannot do all the things Dick did. We simply cannot.

Your honor, I hope you use my letter to make your decision. And whatever you DO decide, Dick will remain my friend and brother and law, who has made my sister blissfully happy for almost 55 years.

Yours truly,

*Robert Kormoski*
Robert Kormoski
29 Timber Road
Glen Cove, NY 11542
516-671-7757
hunterhardtimes@gmail.com

Ray M. Patterson
3005 Coral Strip Parkway
Gulf Breeze, FL 32563

June 12, 2012

Honorable Roger Vinson
District Court Judge
US District Court, Pensacola Division
1 No. Palafox Street
Pensacola, FL 32501

Dear Judge Vinson:

Re:   Character of Joseph "Dick" Robson, Sr.

My wife Linda and I have known Dick since we moved into our home next door to him in December, 2003. Over the years, we have become good friends with Dick and his wife Helen and have enjoyed knowing their children, grandchildren and members of their extended family. We frequently share holiday celebrations together, play cards with them and other close neighbors, attend social events and rely on them for house/cat sitting when we are out of town. We have enjoyed their company on trips to our cabin in Gatlinburg and were looking forward to a Fall vacation with them in Vermont in October.

Having become so close to both Dick and Helen, we are quite stunned by the nature and severity of the charges against him and find it difficult to believe that he may be involved in such activities. The effect on his wife of over 49 years has been highly traumatic and exacts a heavy toll physically, emotionally and financially on her, as she attempts to maintain her part-time employment, manage their household, keep up her position in our community, and continue to be supportive of her husband. Because Dick has been retired for several years and Helen continued to hold a full-time job until last year, Helen has relied on Dick to manage the household bills, repairs and upkeep, pay taxes, and often prepare the family meals. She has sorely missed his assistance and struggles to manage all these things by herself.

From all appearances over the years, Dick has been a loyal and devoted husband and father. He seems to be loved by his grandchildren and has made some extraordinary sacrifices to sustain and support his oldest grandson throughout his school years, having bought him a car, taken him into his household at times, and paid his college tuition. Dick has been generous to us as neighbors, as well, cutting our grass without having been asked or expecting anything in return, occasionally sharing his fish catch with us, and generally being willing to help with any project or issue. This was especially appreciated immediately following the devastating effects of Hurricane Ivan on us and many of his neighbors on Coral Strip Parkway and elsewhere, when he helped with debris removal, minor repairs and shared generator time with us to maintain our refrigerated items.

Over the years, Dick has been actively involved in numerous community activities in which I also participated, including the Polynesian Isles Homeowners Association as a past president and long-time board member, the Sertoma Club, which he served until recently as Treasurer,

and the Pensacola Elks Club. He has been a regular church member of St. Ann's and has a long respected history in boat sales with Gulf Breeze Marine. He is well known to many in our area and has never exhibited violent or criminal tendencies, to our knowledge

Sincerely,


Ray and Linda Patterson
850-916-0137
lindapat@bellsouth.net

To the Honorable Roger Vinsen
District Court Judge
U.S. District Court, Pensacola Division
1 No. Palafox Street
Pensacola FL, 32501

Character recommendation for Joseph "Dick" Robson, Sr.

I am aware of the Gulf Breeze Newspaper article that reported criminal charges are pending for Mr Robson.

I have know Dick for over 10 years. I think of Dick as a friend and successful businessman. When I first met him he was a contractor doing business in the neighborhood. Then he built a home on Coral Strip Parkway, a block away from my home. He later started a boat sales company nearby. I know he has been an active fisherman, taking his boat into the off shore waters to fish. I have seen him frequently at social functions, church, and when walking in the neighborhood. He has given me peaches from his fruit tree.

He has been active in the Polynesian Isles Homeowners association. He has collected dues at association functions. He always seems to be helping at functions I see him at.

I have always found Dick to be sincere, concerned, responsible, and good natured. He doesn't go around telling jokes, but he is humorous. He is easy to talk to, interesting to be around, and is popular at parties. A typical party subject of conversation with him would be fishing or family. I think of he and his wife as people who care about others, and I know they have a reputation for helping others. I feel that if I had a problem he would be one of the first ones to volunteer to help. Dick has diabetes and watches his diet carefully. He does not normally drink at parties, but will have a "White Russian" on occasion. It is just one. He is very careful about his diet.

I think Dick is devoted to his family and his church. I am sure it is very difficult for his wife Helen to be without him. They always are nearby each other and seem to have a good relationship.

Sincerely

Joseph A Underwood
3142 Coquina Way
Gulf Breeze, FL 32563

3017 Coral Strip Parkway
Gulf Breeze, Florida 32563
June 6, 2012

Honorable Roger Vinson
District Court Judge
US District Court, Pensacola Division
1 North Palafox Street
Pensacola, Florida 32501

Re:  Character of Joseph Richard "Dick" Robson

Dear Judge Vinson:

We are fully aware of the arrest of Joseph Richard "Dick" Robson and the charges against him.  We offer this letter to attest to his character.

We have known Dick Robson since 2008 when we moved into our home on Coral Strip Parkway, two doors down from Dick and his wife Helen.  He welcomed us into his home immediately and was instrumental in introducing us to friends and neighbors.  He went out of his way to help us feel at home in our new surroundings.  The following year our trust and friendship led us to purchase a boat from Dick at Gulf Breeze Marine.

Dick is a devoted family man who spends every holiday, birthday, special occasion and many times in between with his wife, children and grandchildren.  Their every need is of major concern to Dick, and they depend upon him to a great extent economically and as the backbone of the family structure.  There is no doubt that his wife and children and grandchildren admire and adore him and need him in their lives.  For the last three years, Dick and Helen together have been solely responsible for helping their oldest grandson get back on the right track and complete college.

Dick served honorably in the United States Navy for 28 years.  He is an active member of his Catholic Church and of the Sertoma Club, a charitable men's organization.  He served as president of our neighborhood homeowners' organization last year and spent many long hours toward improving our community.

Dick suffers from diabetes, sciatica, peripheral artery disease and serious knee and joint issues.  In spite of the physical difficulties he endures, he is the type of friend to come mow his neighbors' yards without even being asked.  During the period of the BP oil spill, Dick worked hard to accomplish the installation of booms in the canals to protect the properties of countless residents.

We submit these statements for your consideration on behalf of Richard Robson.

Respectfully,

L. Carter Burwell III, Col, USAF (Ret.)
Judith W. Burwell

June 7, 2012

1608 Luzon Lane
Gulf Breeze, FL  32563

The Honorable Roger Vinson
U.S. District Court
Pensacola, FL

Dear Judge Vinson:

This letter is written on behalf of our good friends, Dick (Joseph Richard) and Helen Robson. We have lived in the Polynesian Islands neighborhood with them for 14 years. I have served on the Homeowners Association Board with Dick for years. We have a monthly canasta card party with them and other couples in the neighborhood. We know both Dick and Helen to be the best neighbors you could ask for.

In addition, our friendship through the card parties has developed to the level that we could readily see what a wonderful marriage they have. They are both completely devoted to each other, and have been for 49 years. His incarceration has left a gigantic hole in Helen's life, and we are close enough to know the enormous burden she is carrying. Even though she cannot speak of her future without him, you can see the fear of the unknown in her eyes. A devoted wife of 49 years does not expect her final years to be spent in such disarray, chaos and shame. Whatever sentence he receives, she will surely serve as well.

Whatever Dick's alleged charges may prove to be, the impact on his family and friends will no doubt be tremendous. He is known to all of us as a strong and solid citizen, husband, father and grandfather. His years of military service have always been a strong topic of conversation, and hopefully won't go unnoticed by you.

We have been in shock for months over these allegations, and hope there is somehow some good that can come from all of this. Your favorable consideration of our dear friends, Dick and Helen, will be most deeply appreciated.

Most sincerely,


Sharon & Clay Combee

Honorable Roger Vinson
District Court Judge
U.S. District Court, Pensacola Division
1 No. Palafox Street
Pensacola, Florida 32501


Re:  Character of Joseph "Dick" Robson, Sr.

Honorable Judge Roger Vinson:

As I read the newspaper of Dick Robson's charges I could not comprehend that this kind man would have any part of these allegations.  Dick has been a great friend of my parents as far back as I can remember, even speaking at my mother's funeral.  Growing up I remember many family gatherings that included Dick Robson and his family, even him babysitting me as a young girl.  As a young girl, seeing Dick in his Navy Uniform I remember seeing so many ribbons on his uniform.  Dick always tried to encourage my father to study, and try to better himself and his career.

I always remember his children looking up to him and idolizing him, Ricky always wanted to be just like his father.  He has always been a compassionate, giving man to everyone around him.  Dick is man of many values.  He is a strong man who took care of his family and always made sure to nurture his wife Helen.  She is very dependent of Dick, and they were always together.  As I got older and had my own children, Dick was very generous in offering us a place to stay and spending time with my family, taking my children out on his boat, and having us over for barbecue's.

Please contact me if you have any additional questions.


Sincerely,


Toni K. Smirniotis
into602@aol.com
509-396-7883

Theresa Lee
2815 Avenida de Soto
Navarre, FL 32566
(850)936-5890

June 21, 2012

Honorable Roger Vinson
District Court Judge
U.S. District Court, Pensacola Division
1 No. Palafox Street
Pensacola FL 32501

**Re: Character of Joseph "Dick" Robson, Sr.**

Dear Sir;

I am writing on behalf of my father, Joseph Richard Robson, Sr., who was arrested and charged with production and distribution of child pornography. I am aware of what was involved in those charges.

My father served in the United States Navy. He started as enlisted and with hard work and perseverance made his way up to Lieutenant Commander before he retired. My brother has since followed in his footsteps.

My father and mother have been married for forty-nine years. My parents provided my brother and myself with a dependable, loving home. My father has served as an excellent role model to myself and my children. He has taught us that honesty and integrity are important.

My mother is dependent on my father for many financial matters, such as taxes, paying bills and running their townhouse rental and boat sales business.

My father has been active in the church and he has helped with building houses for Habitat for Humanity. He has also been active in Sertoma and was treasurer for that organization and has helped run the Sertoma Fishing Rodeo which raises money for speech and hearing. He has also helped with donations for Relay for Life through Sertoma. In addition to his service organizations, he has served as treasurer and then president for the Polynesian Island's Homeowners' Association.

Thank you for your consideration in this matter.

Sincerely,

Theresa C. Lee

Honorable Roger Vinson                                                June 21, 2012
District Court Judge
U.S. District Court, Pensacola Division
3 North Palafox Street
Pensacola 32501

Re: Character of Joseph "Dick" Robson, Sr.

Dear Judge Vinson:

My name is Henry D. Fagerskog. I am a retired Lieutenant Colonel, U.S. Marine Corps. I live close to the Robson's and have known them since 2002. I have observed Dick both personally and professionally and I am proud to have Dick as a friend.

Dick has served as Polynesian Islands Homeowner's Association Treasurer during 2007 and 2008 while I was president of that organization. I later served as an association board member in 2009 while Dick was president. During that time Dick was totally professional in his relationships with the board and the general membership of the association. He never exhibited any behavior that would lead me to suspect him of any kind of criminal activity. He was treasurer of the Gulf Breeze Sertoma Club for several years and was quite active in that club's activities. He also operated the boat sales side of Gulf Breeze Marine, which has been a relied upon part of the Gulf Breeze community for many years. Dick has also been a member of the Krewe of Lafitte social club for many years and has been active in supporting that club's charitable programs. All in all, Dick has been an active and responsible citizen who has given his time to our community.

With respect to his professional career, Dick served honorably in the U.S. Navy for over twenty years, retiring as a Lieutenant Commander. He began that career as an enlisted medical corpsman, serving U. S. Marine units during the Viet Nam war.

I am not aware of a single instance where Dick's behavior, or even his words, suggested he would engage in any activity that would harm another person **of any age.** I believe he has worked hard all his life and I am saddened that at age 72 he faces years of incarceration for what I believe does not characterize this man. He has grandchildren who adore him and Dick has been both a model of a good citizen to them, as well as a loyal and stable family man. He has never exhibited any behavior which a normal person would consider to be unacceptable. He has always been there to lend a helping hand in our neighborhood and to assist in any project to help his friends and neighbors.

I hope you will take my words and Dick's long record of service to others into account and afford him some leniency in your court.

                Respectfully,

                Henry D. Fagerskog
                LtCol. USMC (Retired)

Honorable Roger Vinson
District Court Judge
U. S. District Court, Pensacola Division
1 No. Palafox Street
Pensacola, Florida 32501

Dear Judge Vinson:

We are writing this letter to you concerning the character of Joseph "Dick" Robson, Sr.

My husband and I have known Dick and Helen for the last seven years. They are our neighbors as well as good friends. We see them socially once a month at a dinner group that we all belong to in our neighborhood.

Dick has always been one of the kindest men that we know. He has a great sense of humor and always generous to everyone.

We have also known the business side of Dick in that he sold us our boat. It was such a wonderful experience for us dealing with him because we knew nothing about boats, and he helped us so much with everything. No high pressure to buy, completely honest and forthright with everything.

We both have only positive and wonderful things to say about Dick and Helen, and we really do not think you can find anyone that really knows them that would say anything but what a wonderful couple they are and how they compliment each other.

They have been members of St. Anne's Catholic Church in Gulf Breeze for many years and not just members but participating members.

This, of course, has been a nightmare for his family and close friends, and we are all praying that he will be exonerated of these charges.

Thanking you for your kind attention to this matter, we are,

                                        Jean Marie and Patty Broutin
                                        1605 Tahiti Drive
                                        Gulf Breeze, Florida 32563

Richard B. Gutshall
1124 Park Lane
Gulf Breeze. Fl 32563
(850) 934-9513
25 May 2012

Honorable Roger Vinson
District Court Judge
U.S. District Court, Pensacola Division
1 No. Palafox Street
Pensacola, Fl 32501

Re: Character of Joseph "Dick" Robson, Sr.

Dear Judge Vinson:

I am writing to attest to the good moral character of Dick Robson, who has been my close friend and associate since 1959.

We first met when we were stationed together as navy corpsmen at the Naval Hospital, Key West, Florida, where we almost immediately became friends. He and I were roommates who shared some of the same interests (sports, music and reading and talking about girls). We went on liberty together, often, and we went to West Palm Beach, together one weekend to attend my fiancé's graduation from nursing school and attendant festivities.

Later in our careers, we were stationed together at the naval hospital here in Pensacola and later at the Naval Hospital Portsmouth, Virginia. During those periods, our wives and families met and became friends. We visited each others homes, ate and played games together, went camping, attended church, and Dick and I hunted together. Over the years we kept in touch by mail and phone calls. When I retired in 1991, my wife and I lived with the Robsons for three months while we house hunted. We attended George Stone Vocational School, studying home maintenance and building repair. Upon graduation, we went into business together, doing home repairs until I retired because of physical concerns. We live about a mile apart and continue to enjoy each others company and bowl together. Whenever one or the other of us has a problem, we call each other for assistance. Our children and grandchildren refer to us as "uncle Dick".

Dick is active in the community as an entrepreneur and service oriented individual. He has owned and operated several businesses where he has a reputation for honesty and service. He is an active member of Saint Ann's Parish where he has done volunteer repair work, sponsored holiday meals and participated in the church's active "Habitat for Humanity program. He was also active as a member of the "Crew of Lafitte" and served as an officer in Seratoma.

Richard B. Gutshall
1124 Park Lane
Gulf Breeze, Fl 32563
(850) 934-9513
25 May 2012

Honorable Roger Vinson
District Court Judge
U.S. District Court, Pensacola Division
1 No. Palafox Street
Pensacola, Fl 32501

Re: Character of Joseph "Dick" Robson, Sr.

Dear Judge Vinson:

I am writing to attest to the good moral character of Dick Robson, who has been my close friend and associate since 1959.

We first met when we were stationed together as navy corpsmen at the Naval Hospital, Key West, Florida, where we almost immediately became friends. He and I were roommates who shared some of the same interests (sports, music and reading and talking about girls). We went on liberty together, often, and we went to West Palm Beach, together one weekend to attend my fiancé's graduation from nursing school and attendant festivities.

Later in our careers, we were stationed together at the naval hospital here in Pensacola and later at the Naval Hospital Portsmouth, Virginia. During those periods, our wives and families met and became friends. We visited each others homes, ate and played games together, went camping, attended church, and Dick and I hunted together. Over the years we kept in touch by mail and phone calls. When I retired in 1991, my wife and I lived with the Robsons for three months while we house hunted. We attended George Stone Vocational School, studying home maintenance and building repair. Upon graduation, we went into business together, doing home repairs until I retired because of physical concerns. We live about a mile apart and continue to enjoy each others company and bowl together. Whenever one or the other of us has a problem, we call each other for assistance. Our children and grandchildren refer to us as "uncle Dick".

Dick is active in the community as an entrepreneur and service oriented individual. He has owned and operated several businesses where he has a reputation for honesty and service. He is an active member of Saint Ann's Parish where he has done volunteer repair work, sponsored holiday meals and participated in the church's active "Habitat for Humanity program. He was also active as a member of the "Crew of Lafitte" and served as an officer in Seratoma.

Based upon my long association and friendship with Dick Robson, I, without hesitation, feel confident in my positive assessment of his honesty, integrity and strong moral character. In spite of the charges against him, I do not believe he is a danger to children or our society. Without reservation or fear, I would entrust him with the care of my eleven year old daughter. I am proud and honored to call Dick Robson, my friend!

If you have any questions or if I may be of service, please do not hesitate to call on me.

Sincerely:

*Richard B. Gutshall*

RICHARD B. GUTSHALL
CAPT MSC USN(Ret)