# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.  Case Nos.  3:12cr28/RV/CJK
                      3:13cv500/RV/CJK

**JOSEPH RICHARD ROBSON, SR.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 13, 2016 (ECF No. 81). Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to vacate, set aside, or correct sentence (ECF No. 50) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 23rd day of February, 2016.

*/s/ Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**