# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

        VS        CASE NO. 3:12cr28-RV/CJK

JOSEPH RICHARD ROBSON, SR.

## REFERRAL AND ORDER

Referred to Judge Vinson on  12/14/2021
Type of Motion/Pleading  MOTION for Compassionate Release

Filed by: Defendant  on  11/19/2021  Doc. No. 107
____ Stipulated/Consented/Joint Pleading/Unopposed
Response: Plaintiff  on  12/14/2021  Doc. No. 108

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ Sylvia Williams
Deputy Clerk

## ORDER

Upon consideration of the foregoing, it is ORDERED this 15th day of December, 2021, that:

(a) The requested relief is DENIED, for the reasons set out in the government's response.

/s/ Roger Vinson
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE